UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA MORTGAGE, FSB et al,<br><br>        Plaintiff,<br><br>  v.<br><br>GARCIA et al,<br><br>        Defendant. | Case Number: CV09-04754 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alma Magana
89 Harbor Drive
Bay Point, CA 94565

Martha Garcia
89 Harbor Drive
Bay Point, CA 94565

Dated: February 2, 2010

Richard W. Wieking, Clerk
 By: Nichole Heuerman, Deputy Clerk